# UNITED STATES DISTRICT COURT
# DISTRICT OF ARIZONA

| | |
|---|---|
| Laura M. Wells, | ) **JUDGMENT OF DISMISSAL** |
| | ) **IN A CIVIL CASE** |
| Plaintiff, | ) |
| | ) CV-13-607-PHX-GMS |
| v. | ) |
| | ) |
| American Polygraph Assocication, et al., | ) |
| | ) |
| Defendant(s). | ) |

____  Jury Verdict.  This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

__X__  Decision by Court.  This action came for consideration before the Court.  The issues have been considered and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that pursuant to the Court's Order filed July 28, 2014, judgment of dismissal is entered. Plaintiff to take nothing and this action is hereby terminated.

July 28, 2014

BRIAN D. KARTH
District Court Executive/Clerk

s/L.Figueroa
By: Deputy Clerk

cc: (all counsel)